IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 3 0 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

|  |  |
|---|---|
| PHILLIP E. BOOSE, | ) |
| Petitioner, | ) Case No. 7:10CV00286 |
| v. | ) |
|  | ) **FINAL ORDER** |
| TERRY O'BRIEN, WARDEN, | ) By: Glen E. Conrad |
|  | ) United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.

ENTER: This 30th day of June, 2010.

/s/ Glen E. Conrad
United States District Judge